BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00546-MCE-3 |
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; ORDER |
| v. | |
| EDUARD AMIRAGHYAN, | |
| Defendant. | |

An indictment was filed in this matter on December 18, 2003, charging the above-referenced defendant, and two co-defendants, with a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued for the defendant. The defendant's two co-defendants both appeared in this matter and resolved their cases by way of guilty pleas. Docket, ## 5, 15, 25, 28. In the more than ten years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend defendant Amiraghyan. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States also respectfully requests that the arrest warrant be recalled.

MOTION TO DISMISS                                    1

Dated: September 30, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

**ORDER**

The United States' motion to dismiss is GRANTED and the indictment (ECF No. 1) is ORDERED DISMISSED WITHOUT PREJUDICE as to Defendant Eduard Amiraghyan. The arrest warrant is RECALLED.

IT IS SO ORDERED

Dated: October 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT